# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**FLOYD COZORT,**

    **PLAINTIFF,**

**V.**

**BUCKINGHAM COAL CO., LLC, *ET AL.*,**

    **DEFENDANTS.**

**CASE NO. 2:18-CV-814**

**JUDGE MICHAEL H. WATSON**
**MAGISTRATE JUDGE VASCURA**

## OPINION AND ORDER

This matter is before the Court on the parties' Joint Motion for Approval of Settlement ("Joint Motion") pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). ECF No. 14. The Joint Motion asks the Court to approve, as fair and reasonable, the proposed settlement reached by the parties and memorialized in the Stipulation and Agreed Order ("Stipulation") attached to the Joint Motion as Exhibit 1.

Having reviewed the Stipulated Agreement as well as the pleadings and papers filed in this Action, and for good cause established therein, the Court enters this Opinion and Order approving the settlement, the Stipulation, and the other Exhibits, including the total settlement amount, the proposed Individual Payments to Plaintiffs and Opt-Ins listed in the Stipulation, and the proposed payment of attorneys' fees and cost reimbursements to Plaintiffs' counsel, as follows:

1. This Action asserts wage-and-hour claims under the FLSA, 29 U.S.C. §§ 201-219.

2. The settlement will cover Named Plaintiff Floyd Cozort, as well as Opt-Ins who filed Consent Forms opting into the case pursuant to 29 U.S.C. § 216(b).

3. The Court finds that the proposed settlement is fair and reasonable and satisfies the standard for approval under the FLSA, 29 U.S.C. § 216(b).

4. The Court approves the Stipulation and its Exhibits and orders that the Stipulated Agreement be implemented according to its terms and conditions and as directed herein.

5. The Court finds that the total settlement amount, as well as the proposed Individual Payments to Plaintiffs and Opt-Ins listed in the Schedule of Individual Payments (Stipulation), are fair and reasonable. The Court approves the Schedule of Individual Payments and orders that such payments be distributed in the manner, and subject to the terms and conditions, set forth in the Stipulated Agreement.

6. The Court approves the payment of attorneys' fees and cost reimbursements to Plaintiffs' Counsel as provided in the Stipulation, and orders that such payment be made in the manner, and subject to the terms and conditions, set forth in the Stipulation.

7. This Action, and all claims of Plaintiff and of Opt-Ins whose Consent and Release Forms are filed with the Clerk, are dismissed with prejudice. This dismissal specifically dispenses with Plaintiffs' FLSA claims. The Court finds there

is no just reason for delay and directs the Clerk of the Court to enter final judgment immediately.

8. As requested by the parties, the Court retains jurisdiction over the Action to enforce the terms of the Stipulated Agreement and resolve any disputes thereunder.

9. The Clerk shall terminate ECF No. 14 as a pending motion.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**