**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Floyd Cozort,

      vs.                      Case No. 2:18-cv-814

Buckingham Coal Co., LLC *et al.*,      **Judge Michael H. Watson**

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the August 11, 2020 Opinion and Order, this case is dismissed.

Date: **August 12, 2020**        **Richard Nagel, Clerk**

                                            s/ Jennifer Kacsor

                                            By Jennifer Kacsor/Courtroom Deputy